NUMBER 13-04-242-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
AMERICANA JUICE IMPORTS, INC.,                                   Appellant,

v.

NESTLE USA-BEVERAGE DIVISION, INC., ET AL.,                Appellees.
____________________________________________________________________

On appeal from the 93rd District Court of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Appellant, AMERICANA JUICE IMPORTS, INC., perfected an appeal from a
judgment entered by the 93rd District Court of Hidalgo County, Texas, in cause
number C-2012-99-B1. Appellant has filed a motion to dismiss the appeal. In the
motion, appellant states that this case has been resolved and appellant no longer
wishes to prosecute this appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 22nd day of July, 2004.